UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATIONAL GLASS & GATE SERVICE, INC. d/b/a NG & G FACILITY SERVICES INTERNATIONAL, INC., | : | CA 08 186 |
| Plaintiff | : | |
| vs. | : | C.A. No.: 08- |
| SERVICE EVERYWHERE, LLC, | : | |
| Defendant | : | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1441 and 1446, respectively, Defendant, Service Everywhere, LLC ("Service") hereby removes the above-entitled action from the Rhode Island Superior Court, Providence County to the United States District Court for the District of Rhode Island, and, further, in so doing, Service represents the following in support of the within Notice of Removal:

1. On April 25, 2008, Plaintiff, National Glass & Gate Service, Inc., d/b/a NG & G Facility Services International, Inc. ("NG & G") filed a lawsuit in the Rhode Island Superior Court, Providence County against Service, which said action is more commonly known, and identified, as *National Glass & Gate Service, Inc., d/b/a* NG *&* G *Facility Services International, Inc. v. Service Everywhere, LLC*, C.A. No.: PB 08-3158. *Appended hereto as Exhibit A is a true and accurate copy of NG & G's Civil Cover Sheet and Complaint.*

2. On or about April 28, 2008, copies of NG & G's Complaint, and accompanying Summons were served upon Service, by and through its registered agent for service of process, CT Corporation. A *true and accurate copy of the Summons that was served upon Service, as well as evidence of said service of process is appended hereto as Exhibit* B.

3. NG & G is a Rhode Island corporation, having a principal place of business located in Lincoln, Rhode Island.

4. Service is a Delaware limited liability company, having a principal place of business located in Houston, Texas.

5. This court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.

6. The amount in controversy in the instant action exceeds the amount prescribed by 28 U.S.C. § 1332(a).

7. In its Complaint, NG & G alleges that, among other things, Service breached certain alleged contracts purportedly entered into by and between the parties.

8. This Notice of Removal is being filed within the time prescribed by 28 U.S.C. § 1446(b).

9. As required by 28 U.S.C. § 1446(b), copies of all of the papers and pleadings served upon Service, as of the date of this filing, are appended hereto as *Exhibit* C. Further, in accordance with Local Rule 81 of the Local Rules for the United States District Court for the District of Rhode Island, certified or attested copies of all docket entries, including the filing of a copy of this Notice of Removal, are appended hereto as *Exhibit* C.

WHEREFORE, for the foregoing reasons, Service respectfully prays that the above-entitled action, now pending against it in the Rhode Island Superior Court, Providence County be removed to this Court, and, further, that this Court award to Service such other further relief as this Court may deem fair, just and reasonable.

Respectfully submitted,

Service Everywhere, LLC

By its Attorneys,

Christopher M. Mulhearn (#5188)
**Ferucci Russo, P.C.**
55 Pine Street, Fourth Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
Email: cmulhearn@frlawri.com

Dated: May 15, 2008

## Certification of Service

I hereby certify that on this 15th day of May, 2008, a true and accurate copy of the foregoing was served upon **Stacy P. Nakasian, Esq.**, Duffy, Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, Rhode Island, 02903, by facsimile and by first-class, postage prepaid mail.