# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[x] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No.

National Glass & Gate Service, Inc. d/b/a NG&G Facility Services International, Inc.
Plaintiff

Service Everywhere, L.L.C.
Defendant

***Summons***

*To the above-named Defendant:* Service Everywhere, L.L.C.

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Stacey P. Nakasian, Esq. Plaintiff's attorney, whose address is Duffy Sweeney & Scott, Ltd., One Turks Head Place Suite 1200, Providence, RI 02903 (401) 455-0700 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

CLERK

Dated: April 25, 2008

(Seal of the Superior Court)

# State of Rhode Island and Providence Plantations

............................................,SC

## PROOF OF SERVICE

I hereby certify that on the ........................................ day of ................................................ I served a copy of this summons and a copy of the complaint received therewith upon ..................................................................................................................................................................................................................................... in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house...................................................................................................................................................................., with a person of suitable age and discretion then residing therein.
(Address)

By leaving a copy of the summons and complaint at his/her usual place of abode. ........................................................................................................................................................, with a person of suitable age and discretion then residing therein.

By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ....................................................................................................................

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:
.....................................................................................................................................
.....................................................................................................................................
.....................................................................................................................................

Sheriff's Fees
Travel .......................... $..............................
Service .......................... $..............................
$..............................

.............................................................
Deputy Sheriff

CIVIL ACTION

FILE NO. ..............................................

SUMMONS

SUPERIOR COURT

National Glass & Gate Service, Inc. d/b/a NG&G Facility Service International, Inc.

VS

Service Everywhere, L.L.C.

ATTORNEY FOR PLAINTIFF

Stacey P. Nakasian, Esq.
Duffy Sweeney & Scott, LTD.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

**CT** CORPORATION
A WoltersKluwer Company

# Service of Process Transmittal

04/28/2008
CT Log Number 513361606

**TO:** Mignon Dejohn
Service Everywhere, LLC
11000 Wilcrest, Ste 110
Houston, TX 77099

**RE: Process Served in Delaware**

**FOR:** Service Everywhere, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | National Glass & Gate Service, Inc., etc., Pltf. vs. Service Everywhere, L.L.C., Dft. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Complaint |
| **COURT/AGENCY:** | Providence Plantations Superior Court, RI<br>Case # 08-3158 |
| **NATURE OF ACTION:** | Breach of Contract - Failure to disburse proceeds of Service Everywhere, LLC's collections for work performed by plaintiff and its vendors |
| **ON WHOM PROCESS WAS SERVED:** | The Corporation Trust Company, Wilmington, DE |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 04/28/2008 postmarked on 04/25/2008 |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days |
| **ATTORNEY(S) / SENDER(S):** | Stacey P. Nakasian<br>Duffy Sweeney & Scott, Ltd.<br>One Turks Head Place<br>Suite 1200<br>Providence, RI 02903<br>401-455-0700 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day , 798429709510 |
| **SIGNED:** | The Corporation Trust Company |
| **PER:** | Scott LaScala |
| **ADDRESS:** | 1209 Orange Street<br>Wilmington, DE 19801 |
| **TELEPHONE:** | 302-658-7581 |



Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

DUFFY SWEENEY & SCOTT, LTD
BUSINESS LAW & LITIGATION

*Stacey P. Nakasian*
*snakasian@duffysweeney.com*

April 25, 2008

***Certified Mail, Return Receipt Requested***
Service Everywhere, L.L.C.
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Re: National Glass & Gate Service, Inc. d/b/a NG&G Facility Services International, Inc. v. Service Everywhere, L.L.C.

Dear Sir/Madam:

I enclose a Complaint and Summons served on you as Registered Agent of Service Everywhere, L.L.C.

Very truly yours,

Stacey P. Nakasian

SPN/emh
Enclosures
cc: Michael F. Sweeney, Esq.