STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2008-3158 NATIONAL GLASS V SERVICE EVERYWHERE

Filing Date: 04-25-2008
Case Status: UNASSIGNED

Case Type: CONTRACT DAMAGES
Status Date: 04-25-2008

Plaintiff: NATIONAL GLASS AND GATE SERVICE INC
ID: @11007951
Attorney: STACEY NAKASIAN

Plaintiff: N G AND G FACILITY SERVICES INTERNATIOI
ID: @11007953
Attorney: STACEY NAKASIAN

Defendant: SERVICE EVERYWHERE LLC
ID: @11007954

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|
| 05-16-2008 | TEMPORARY RESTRAIN ORDER | P CRT17 | SILVERSTEIN |

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-25-2008 | COMPLAINT FILED | |
| 04-25-2008 | INITIAL FILING FEE | |
| 04-25-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP272112. |
| 05-13-2008 | MEMORANDUM FILED | OF LAW IN SUPPORT OF MOTION FOR TRO |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island