STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
**OMNIBUS CALENDAR ASSIGNMENT FORM**
SUPERIOR COURT

(X) PROVIDENCE/BRISTOL ( ) KENT ( ) WASHINGTON ( ) NEWPORT

National Glass & Gate Service, Inc. d/b/a
NG&G Facility Services International, Inc.

VS

Service Everywhere, L.L.C.

CASE NO. 08-3158

**REQUESTED CALENDAR ASSIGNMENT**
TRIAL CALENDAR
(X) J JURY TRIAL ( ) N NON-JURY TRIAL

**FORMAL SPECIAL CAUSE CALENDAR**

( ) AGA AGENCY APPEAL
( ) AOD ASSESSMENT OF DAMAGES
( ) CNA CONFIRM ARBITRATION
( ) DEJ DECLARATORY JUDGMENT
( ) EOJ ENTRY of JUDGMENT
( ) FFR FIRST & FINAL REPORT
( ) FRR FORCLOSURE of RIGHT of REDEMPTION
( ) FRS FRIENDLY SUIT
( ) OPC ORAL PROOF OF CLAIM
( ) MMN MANDATORY INJUNCTION
( ) MEL MECHANIC'S LIEN
( ) MAT MOTION TO ATTACH
( ) PRT PARTITION PROCEEDINGS
( ) PAT PETITION TO APPOINT TEMPORARY RECIEVER
( ) PEN PETITION TO ENFORCE
( ) PIN PETITION FOR INSTRUCTIONS
( ) PRC PETITION TO RECLAIM
( ) PES PETITION TO SELL
( ) PPI PRELIMINARY INJUCTION
( ) PCL PROOF OF CLAIM
( ) RCP RECEIVERSHIP PROCEEDINGS
( ) SPP SUPPLEMENTARY PROCEEDINGS
(X) TPR TEMPORARY RESTRAINING ORDER
( ) TIP TITLE PROCEEDINGS
( ) TSP TRUSTEE PROCEEDINGS
( ) VAR VACATE ARBITRATION
( ) WOM WRIT OF MANDAMUS
( ) WOR WRIT OF REPLEVIN
( ) OTH OTHER FSC MATTER :

**DISPOSITIVE MOTION CALENDAR**

( ) MTD MOTION TO DISMISS, UNDER RULE 12
( ) MJP MOTION FOR ENTRY OF JUDGMENT ON PLEADINGS
( ) MPS MOTION FOR PARTIAL SUMMARY JUDGMENT
( ) MSG MOTION FOR SUMMARY JUDGMENT
( ) MOT OTHER DISPOSITIVE MOTION :

HEARING DATE: 5/16/08 BUS ~~FSC/MOTION~~ CLERK: K St Jacques DATE: 5/13/08

**SPECIAL MASTER CALENDAR**

( ) OTH OTHER MATTER:

HEARING DATE: CLERK:

**METHOD OF ASSIGNMENT**

( ) MOTION TO ASSIGN
( ) STIPULATION TO ASSIGN
( ) COURT ORDER PURSUANT TO TEMPORARY EX PARTE ORDER
BASED ON METHOD OF ASSIGNMENT STATE ANY RELEVANT INFORMATION BELOW

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

ATTORNEYS DATE 5/12/08 DATE/TIME STAMP

SIGNATURES [signature]

PLAINTIFFS ~~DEFENDANTS~~

PRINT NAME Stacey P. Nakasian, Esq. (5069)
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200, Providence, RI 02903 (401) 455-0700

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2008 MAY 13 A 9:01

SR-11 (REV. 5/05)

WHITE/COURT YELLOW/PLAINTIFFS ATTORNEY PINK/DEFENDANTS ATTORNEY GOLD/CALENDAR CLERK

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**

**SUPERIOR COURT**

**NATIONAL GLASS & GATE SERVICE, INC. d/b/a NG&G FACILITY SERVICES INTERNATIONAL, INC.**
**Plaintiff**

**v.**

**C.A. NO: 08-3158**

**SERVICE EVERYWHERE, L.L.C.**
**Defendant**

**MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff National Glass & Gate Service, Inc. d/b/a NG&G Facility Services International, Inc. ("NG&G"), hereby seeks entry of an Order requiring Service Everywhere, L.L.C. ( "Service Everywhere"), (1) to transfer into the designated escrow account all Net Payments that Service Everywhere has to date received from property owners ("Owners") for work performed or arranged by NG&G, to the extent such Net Payments have not previously been forwarded to NG&G or the designated escrow account; and (2) during the pendency of this action or until further Order of this Court, (a) to provide a weekly accounting of Net Payments received from Owners; and (b) to transfer weekly into an escrow account all such Net Payments that it receives. As used herein, the term "Net Payments" refers to the total payment amount received by Service Everywhere from Owners less Service Everywhere's profit share.[1] The Net Payments include the amount required to pay all vendors who performed the work and the amount of NG&G's profit share.

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

[1] Pursuant to the parties' agreements during the period at issue, after deducting applicable vendor costs from the amounts collected from the Owners, Service Everywhere and NG&G would split the remaining amount 51/49.

SUPERIOR COURT
FILED
HENRY S. KINCH JR., CLERK
2008 MAY 13 A 9: 01

Alternatively, NG&G requests that the Court issue a Temporary Restraining Order enjoining Service Everywhere, L.L.C., its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them, from spending, transferring, alienating or otherwise disposing of Net Payments that it has received or will in the future receive from Owners for work performed or arranged by NG&G.

In support of this Motion, NG&G respectfully refers to the accompanying Memorandum of Law.

**PLAINTIFF**

**NATIONAL GLASS & GATE SERVICE, INC.**

By ______________________

Stacey P. Nakasian (#5069)
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700 – Phone
(401) 455-0701 – Fax

Dated: May 12, 2008

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island