UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATIONAL GLASS & GATE SERVICE, INC. d/b/a NG&G FACILITY SERVICES INTERNATIONAL, INC.<br><br>Plaintiff | : | |
| v. | : | C.A. NO: 08-186 |
| SERVICE EVERYWHERE, L.L.C.<br>Defendant | : | |

**MOTION FOR TEMPORARY RESTRAINING ORDER**

Plaintiff National Glass & Gate Service, Inc. d/b/a NG&G Facility Services International, Inc. ("NG&G"), hereby seeks entry of an Order pursuant to Federal Rule of Civil Procedure 65(b) requiring Service Everywhere, L.L.C. ( "Service Everywhere"), (1) to transfer into the designated escrow account all Net Payments that Service Everywhere has to date received from property owners ("Owners") for work performed or arranged by NG&G, to the extent such Net Payments have not previously been forwarded to NG&G or the designated escrow account; and (2) during the pendency of this action or until further Order of this Court, (a) to provide a weekly accounting of Net Payments received from Owners; and (b) to transfer weekly into an escrow account all such Net Payments that it receives. As used herein, the term "Net Payments" refers to the total payment amount received by Service Everywhere from Owners less Service Everywhere's profit share.[1] The Net Payments include the amount required to pay all vendors who performed the work and the amount of NG&G's profit share.

[1] Pursuant to the parties' agreements during the period at issue, after deducting applicable vendor costs from the amounts collected from the Owners, Service Everywhere and NG&G would split the remaining amount 51/49.

Alternatively, NG&G requests that the Court issue a Temporary Restraining Order enjoining Service Everywhere, L.L.C., its officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them, from spending, transferring, alienating or otherwise disposing of Net Payments that it has received or will in the future receive from Owners for work performed or arranged by NG&G.

In support of this Motion, NG&G respectfully refers to the accompanying Memorandum of Law.

**PLAINTIFF**

**NATIONAL GLASS & GATE SERVICE, INC.**

By /s/ Stacey P. Nakasian
Stacey P. Nakasian (#5069)
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700 – Phone
(401) 455-0701 – Fax

Dated: May 15, 2008

**CERTIFICATE OF SERVICE**

To: Christopher M. Mulhearn, Esq.
Ferucci Russo, P.C.
55 Pine Street, Fourth Floor
Providence, RI 02903
cmulhearn@frlawri.com

I hereby certify that the within *Motion for Temporary Restraining Order* was filed through the ECF system on the 15th day of May, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing.

/s/ Stacey P. Nakasian
Stacey P. Nakasian