# EXHIBIT A

**STATE OF RHODE ISLAND**
**PROVIDENCE, SC.**

**SUPERIOR COURT**

| | | |
|---|---|---|
| **NATIONAL GLASS & GATE SERVICE, INC. d/b/a NG&G FACILITY SERVICES INTERNATIONAL, INC.** | : | |
| **Plaintiff** | : | |
| **v.** | : | **C.A. NO: 08-3158** |
| **SERVICE EVERYWHERE, L.L.C.** | : | |
| **Defendant** | : | |

**AFFIDAVIT OF CHARLES VACHON**

Charles Vachon, being first duly sworn, deposes and says:

1. I am the President of National Glass & Gate Service, Inc., d/b/a NG&G Facility Services International, Inc. ("National").

2. I am providing this Affidavit in support of National's Motion for Temporary Restraining Order.

3. I have read the Complaint in this action and hereby confirm that the facts contained therein are true and accurate to the best of my knowledge and belief.

Charles Vachon
CHARLES VACHON

Subscribed and sworn before me this 13th day of May, 2008.

Jessica Kurtzman
Notary Public
My Commission Expires: 06-19-09

JESSICA KURTZMAN NOTARY PUBLIC STATE OF RHODE ISLAND

*NG&G\Service Everywhere \Pleadings\!Affidavit Vachon,5,12,08*