UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATIONAL GLASS & GATE SERVICE, INC. d/b/a NG & G FACILITY SERVICES INTERNATIONAL, INC., | : | |
| Plaintiff | : | |
| vs. | : | C.A. No.: 08-186/S |
| SERVICE EVERYWHERE, LLC, | : | |
| Defendant | : | |

**DEFENDANT, SERVICE EVERYWHERE, LLC'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**

NOW COMES Defendant, Service Everywhere, LLC ("Service"), by and through counsel, pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure, and hereby moves this Court for an order dismissing Plaintiff, National Glass & Gate Service, Inc., d/b/a NG&G Facility Services International, Inc.'s ("NG&G") Complaint in connection with the above-identified matter. In the alternative, Service hereby moves this Court for an order transferring the instant action to the Federal Court(s) of the State of Delaware.

In support of the within motion, service submits the accompanying memorandum.

Respectfully submitted,

Service Everywhere, LLC

By its Attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**Ferucci Russo, P.C.**
55 Pine Street, Fourth Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
Email: cmulhearn@frlawri.com

Dated: May 19, 2008

## Certification of Service

I hereby certify that on this 19th day of May, 2008, a true and accurate copy of the foregoing was served upon **Stacy P. Nakasian, Esq.**, Duffy, Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, Rhode Island, 02903, by e-mail.

/s/ Christopher M. Mulhearn