UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATIONAL GLASS & GATE SERVICE, INC. d/b/a NG & G FACILITY SERVICES INTERNATIONAL, INC., | : | |
| Plaintiff | : | |
| vs. | : | C.A. No.: 08-186/S |
| SERVICE EVERYWHERE, LLC, | : | |
| Defendant | : | |

<u>DEFENDANT, SERVICE EVERYWHERE, LLC'S OBJECTION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER</u>

NOW COMES Defendant, Service Everywhere, LLC ("Service"), by and through counsel, and hereby objects to Plaintiff, National Glass & Gate Service, Inc., d/b/a NG&G Facility Services International, Inc.'s ("NG&G") motion for temporary restraining order in connection with the above-identified action.

In support of the within objection, Service submits the accompanying memorandum.

Respectfully submitted,

Service Everywhere, LLC

By its Attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**Ferucci Russo, P.C.**
55 Pine Street, Fourth Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
Email: cmulhearn@frlawri.com

Dated: May 19, 2008

## Certification of Service

I hereby certify that on this 19th day of May, 2008, a true and accurate copy of the foregoing was served upon **Stacy P. Nakasian, Esq.**, Duffy, Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, Rhode Island, 02903, by facsimile and by first-class, postage prepaid mail.

/s/ Christopher M. Mulhearn