UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATIONAL GLASS & GATE SERVICE, INC. d/b/a NG & G FACILITY SERVICES INTERNATIONAL, INC., | : | |
| Plaintiff | : | |
| vs. | : | C.A. No.: 08-186/S |
| SERVICE EVERYWHERE, LLC, | : | |
| Defendant | : | |

**DEFENDANT, SERVICE EVERYWHERE, LLC'S**
**MOTION FOR EXPEDITED HEARING**

NOW COMES Defendant, Service Everywhere, LLC ("Service"), by and through counsel, and hereby moves this Court for an order scheduling an expedited hearing upon Service's recently filed motion to dismiss, or, in the alternative, motion to transfer venue in connection with the above-identified action. In the alternative, Service moves this Court for an order scheduling a hearing upon Service's motion to dismiss, or, in the alternative, motion to transfer venue contemporaneous with the scheduled May 29, 2008 hearing upon Plaintiff, National Glass & Gate Service, Inc., d/b/a NG&G Facility Services International, Inc.'s ("NG&G") request for preliminary injunction, or such other date as said motion may be called for hearing before the Court.

In support of the within motion, Service submits the accompanying memorandum.

Respectfully submitted,

Service Everywhere, LLC

By its Attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**Ferucci Russo, P.C.**
55 Pine Street, Fourth Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
Email: cmulhearn@frlawri.com

Dated: May 21, 2008

## Certification of Service

I hereby certify that on this 21st day of May, 2008, a true and accurate copy of the foregoing was served upon **Stacy P. Nakasian, Esq.**, Duffy, Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, Rhode Island, 02903, by e-mail.

/s/ Christopher M. Mulhearn