UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| NATIONAL GLASS & GATE SERVICE, INC. d/b/a NG & G FACILITY SERVICES INTERNATIONAL, INC., | : | |
| Plaintiff | : | |
| vs. | : | C.A. No.: 08-186/S |
| SERVICE EVERYWHERE, LLC, | : | |
| Defendant | : | |

**DEFENDANT, SERVICE EVERYWHERE, LLC'S MOTION TO SHORTEN TIME**

NOW COMES Defendant, Service Everywhere, LLC ("Service"), by and through counsel, and hereby moves this Court for an order shortening the time within which Plaintiff, National Glass & Gate Service, Inc., d/b/a NG&G Facility Services International, Inc. ("NG&G") may object or otherwise respond to Service's pending motion to dismiss or, in the alternative, motion to transfer venue in connection with the above-identified action.

Service's motion was filed with this Court on May 19, 2008. At that time, in its ordinary course, the Court provided NG&G up to, and including, June 5, 2008, within which to object or otherwise respond to the motion to dismiss, or, in the alternative, motion to transfer venue.

Notwithstanding, however, this Court has already issued an order in connection with NG&G's recently filed motion for temporary restraining order after two (2) conferences thereon, *to wit*, May 16 and 19, 2008, and, further, scheduled NG&G's request for preliminary injunctive relief for hearing on May 29, 2008. As such, for all of the reasons set forth in the memorandum

in support of Service's motion for expedited hearing, filed with this Court even date herewith, which said reasons and/or arguments are incorporated herein by reference, Service requests that this Court shorten the time within which NG&G may object or otherwise respond to Service's pending motion to dismiss, or, in the alternative, motion to transfer venue such that the same be required to be filed by NG&G in advance of any expedited hearing upon said motion, or, in the alternative, prior to any further proceedings and/or hearings in this matter, the first of which is scheduled on May 29, 2008.

Respectfully submitted,

Service Everywhere, LLC

By its Attorneys,

/s/ Christopher M. Mulhearn
Christopher M. Mulhearn (#5188)
**Ferrucci Russo, P.C.**
55 Pine Street, Fourth Floor
Providence, RI 02903
Tel: (401) 455-1000
Fax: (401) 455-7778
Email: cmulhearn@frlawri.com

Dated: May 21, 2008

## Certification of Service

I hereby certify that on this 21st day of May, 2008, a true and accurate copy of the foregoing was served upon **Stacy P. Nakasian, Esq.**, Duffy, Sweeney & Scott, Ltd., One Turks Head Place, Suite 1200, Providence, Rhode Island, 02903, by e-mail.

/s/ Christopher M. Mulhearn