**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| **NATIONAL GLASS & GATE SERVICE, INC. d/b/a NG&G FACILITY SERVICES INTERNATIONAL, INC.** | |
| **Plaintiff** | |
| **v.** | **C.A. NO: 08-186/S** |
| **SERVICE EVERYWHERE, LLC** **Defendant** | |

**TEMPORARY RESTRAINING ORDER**

This matter having come for hearing before the Court on the Motion of Plaintiff, National Glass & Gate Service, Inc., d/b/a NG&G Facility Services International, Inc. ("NG&G"), and the objection thereto by Defendant, Service Everywhere, LLC ("Service"), and after conferences held May 16 and May 19, 2008, it is hereby

ORDERED, pursuant to Federal Rule of Civil Procedure 65(b), that Service shall make payments as set forth herein consistent with the parties' purported prior escrow agreement.[1] Specifically, on or before Friday, May 23, 2008, Service shall pay into escrow an amount equal to the sums that it has collected from property owners for work performed or arranged by NG&G less (1) Service's profit interest in those amounts; (2) amounts Service already has placed into escrow with either its counsel or counsel for NG&G as shown in Service's April 14, 2008 accounting; (3) amounts shown in Service's April 14, 2008 accounting as deductions related to

[1] Service asserts that its prior escrow payments were made pursuant to an arrangement or accommodation between the parties aimed at resolving the parties' dispute rather than an "agreement" per se. This Order is without prejudice to Service's right to present evidence to support its position at the preliminary injunction hearing.

the Mervyns account;[2] and (4) any amounts that Service has paid to vendors on invoices for work arranged or performed by NG&G. In addition, Service shall provide to NG&G at the time of the escrow payment (1) an accounting of collections as described above for which Service has not previously accounted to NG&G in connection with prior escrow payments, which accounting shall be in a form substantially similar to Service's previous accountings; and (2) an accounting with respect to all amounts Service has deducted from the escrow payment on account of amounts paid by Service to vendors, which accounting shall identify each vendor work order paid and the date and amount of the payment made by Service. The escrow payments required by this Order may be made into the client funds account of either party's counsel of record or into the Registry of the Court.

This Order shall expire ten (10) days from the date of entry unless extended by the agreement of the parties or by further Order of this Court.

The within Order is without prejudice to any party to move this Court to dissolve or modify the awarded injunctive relief, and, further, is without prejudice to any party relative to any rights, remedies and/or defenses in connection with any hearing upon a request for preliminary injunction or any other proceedings in this matter.

Entered as an Order of this Court this ___ day of May 2008.

ORDER:

WSmith

Smith, J. 5/21/08

ENTER:

Daniel Vorias

[2] NG&G reserves its right to challenge the validity and amount of this deduction.