**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NATIONAL GLASS & GATE SERVICE, INC. d/b/a NG&G FACILITY SERVICES INTERNATIONAL, INC.**<br><br>**Plaintiff**<br><br>v.<br><br>**SERVICE EVERYWHERE, L.L.C.**<br>**Defendant** | : | **C.A. NO: 08-186S** |

**PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**

Plaintiff National Glass & Gate Service, Inc. d/b/a NG&G Facility Services International, Inc. ("NG&G"), hereby opposes the Motion to Dismiss or, in the Alternative Motion to Transfer Venue filed by Defendant Service Everywhere, LLC ( "Service"), which motion asserts that this case should have been filed in Delaware pursuant to a forum selection provision in two of the parties' contacts. The motion should be denied for at least three independent reasons. First, transfer is unwarranted because the claims in this action are broader than the venue provision cited by Service. Second, even if the Venue provision applied to all the pending claims, the factors applicable to a venue analysis weigh in favor of this Court retaining the action. Third, the venue provision, to the extent it applies, is vague and ambiguous and does not provide grounds for the dismissal or transfer of this action.

In support of this Motion, NG&G respectfully refers to the accompanying Memorandum of Law.

**Respectfully Submitted,**

**NATIONAL GLASS & GATE SERVICE, INC.**

By /s/ Stacey P. Nakasian

Stacey P. Nakasian (#5069)
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700 – Phone
(401) 455-0701 – Fax

Dated: May 27, 2008

## CERTIFICATE OF SERVICE

To: Christopher M. Mulhearn, Esq.
Ferucci Russo, P.C.
55 Pine Street, Fourth Floor
Providence, RI 02903
cmulhearn@frlawri.com

I hereby certify that the within *Plaintiff's Opposition to Defendant's Motion to Dismiss or, in the Alternative, Motion to Transfer Venue* was filed through the ECF system on the 27th day of May, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing.

/s/ Stacey P. Nakasian
Stacey P. Nakasian

NATIONAL GLASS (NG&G)\Service Everywhere\Litigation\Pleadings\USDC 08-186\Opp. MTD 05-27-08.doc