**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NATIONAL GLASS & GATE SERVICE, INC. d/b/a NG&G FACILITY SERVICES INTERNATIONAL, INC.,** | : | |
| **Plaintiff** | : | |
| v. | : | **C.A. NO: 08-186/S** |
| **SERVICE EVERYWHERE, LLC, Defendant** | : | |

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

Pursuant to Federal Rule of Civil Procedure 65(b)(2), it is hereby ORDERED that the Temporary Restraining Order entered in this matter on May 23, 2008, shall remain in full force and effect until such date as the Court considers and/or conducts a hearing upon Plaintiff, National Glass & Gate Service, Inc., d/b/a NG&G Facility Services International, Inc.'s ("NG&G") Application for Preliminary Injunction, or such other time as the Court may further order. The Court finds that the extension is warranted in order to allow the parties to exchange accounting information relevant to the dispute. The parties consent to this extension.

The within Order is without prejudice to any party to move this Court to dissolve, modify or further extend the awarded injunctive relief, and, further, is without prejudice to any party relative to any rights, remedies, claims, set-offs and/or defenses in connection with any hearing upon a request for preliminary injunction or any other proceedings in the instant action.

Moreover, the within Order shall be without prejudice to Defendant, Service Everywhere, LLC's ("Service") pending Motion to Dismiss, or, in the Alternative, Motion to Transfer Venue, or any determination thereof.

Entered as an Order of this Court this ___ day of June, 2008.

ORDER:

WESm
_______________
Smith, J.
6/9/08

ENTER:

Joseph Voras
_______________

NATIONAL GLASS (NG&G)\Service Everywhere\Litigation\Pleadings\USDC 08-186\Order Extending TRO 06-02-08 (Final).doc