**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **NATIONAL GLASS & GATE SERVICE, INC. d/b/a NG&G FACILITY SERVICES INTERNATIONAL, INC.** <br> **Plaintiff** | : | |
| **v.** | : | **C.A. NO: 08-186** |
| **SERVICE EVERYWHERE, L.L.C.** <br> **Defendant** | : | |

**EMERGENCY MOTION TO ADJUDGE**
**DEFENDANT SERVICE EVERYWHERE, L.L.C. IN CONTEMPT**

Plaintiff National Glass & Gate Service, Inc. d/b/a NG&G Facility Services International, Inc. ("NG&G"), files this emergency motion requesting entry of an Order adjudging Defendant Service Everywhere, L.L.C. ("Service") in contempt; directing Service to pay all outstanding unpaid vendor invoices as required by Section I.3 of the Consent Order; directing Service to pay NG&G $11,827.32 as required by Section I.4. of the Consent Order; and requiring Service to pay NG&G its attorney's fees and costs incurred in bringing this motion. Because Service's contempt includes its failure to pay over $88,000 of invoices due to NG&G vendors, NG&G requests that this motion be given expedited consideration.

In support of this motion, NG&G respectfully refers to the accompanying memorandum of law.

Respectfully submitted,

**NATIONAL GLASS & GATE SERVICE, INC.**

By /s/ Stacey P. Nakasian

Stacey P. Nakasian (#5069)
snakasian@duffysweeney.com
Duffy Sweeney & Scott, Ltd.
One Turks Head Place, Suite 1200
Providence, RI 02903
(401) 455-0700 – Phone
(401) 455-0701 – Fax

Dated: September 2, 2008

**CERTIFICATE OF SERVICE**

To: Christopher M. Mulhearn, Esq.
Ferucci Russo, P.C.
55 Pine Street, Fourth Floor
Providence, RI 02903
cmulhearn@frlawri.com

I hereby certify that the within *Emergency Motion to Adjudge Defendant Service Everywhere, L.L.C. in Contempt* was filed through the ECF system on the 2nd day of September, 2008, and will be sent electronically to the above-named counsel who are registered participants identified on the Notice of Electronic Filing.

/s/ Stacey P. Nakasian
Stacey P. Nakasian