# EXHIBIT A

| | Reporting Period Ending Date | WaMu | ATA | BOA | BBT | Wachovia | Siemens | Total |
|---|---|---|---|---|---|---|---|---|
| | 3/31/2008 | $91,523.61 | | $16,975.50 (5) | | | | $108,499.11 |
| | 3/24/2008 | $136,229.48 | | $5,913.71 | $542.40 | | $4,643.56 | $147,329.15 |
| | 3/17/2008 | $72,253.06 | | $27,835.03 | $1,972.34 (3) | $5,793.77 | $4,324.10 | $112,178.30 |
| | 3/10/2008 | $102,446.39 | $11,082.89 | $73,923.78 | | | | $187,453.06 |
| | 3/3/2008 | $155,764.14 | $13,350.46 (1) | $78,211.52 | $542.38 | $0.00 | $2,177.70 | $250,046.20 |
| | 2/25/2008 | | $36,755.89 | $102,947.73 | $7,715.57 | $25,890.54 | $11,906.99 | $185,216.72 |
| | 2/18/2008 | $65,845.46 | | $59,759.21 | | | | $125,604.67 |
| | 2/11/2008 | $113,242.79 | | $74,292.14 | $5,912.77 | | $6,585.56 | $200,033.26 |
| **Total Received** | | $737,304.93 | $86,862.24 | $441,047.54 | $22,428.69 | $51,781.08 | $37,220.80 | $1,376,645.28 |
| Total Due to NGG Pending Verification | 3/31/2008 | $79,097.69 | | $14,895.09 | | | | $93,992.78 |
| | 3/24/2008 | $118,017.30 | | $5,193.08 | $464.82 | | $4,315.34 | $127,990.54 |
| | 3/17/2008 | $65,061.94 | | $25,578.31 | $1,675.08 | $4,860.54 | $4,126.97 | $101,302.84 |
| | 3/10/2008 | $91,745.84 | $9,478.89 | $66,664.21 | | | | $167,888.94 |
| | 3/3/2008 | $136,021.08 | $11,602.97 | $71,044.41 | $437.83 | $0.00 | $1,878.00 | $220,984.29 |
| | 2/25/2008 | | $25,145.90 | $1,098.51 | $5,111.34 | $19,021.77 | $6,584.67 | $56,962.19 |
| | 2/18/2008 | $57,469.00 | | $54,841.66 | | | | $112,310.66 |
| | 2/11/2008 | $98,412.78 | | $68,414.42 | $5,456.11 | | $5,622.55 | $177,905.86 |
| **Gross Due to NGG** | | $645,825.63 | $46,227.76 | $307,729.69 | $13,145.18 | $23,882.31 | $22,527.53 | $1,059,338.10 |

| | |
|---|---|
| **Amounts Deposited in Jay Duskin IOLTA Account:** | |
| Sales Tax Overpayments (partial amount, full amount to be determined and deducted from future payments to NGG) | (44,737.11) |
| **Amounts Deduction from NGG Share:** | |
| Mervyns outstanding billed and unbilled revenue due through the end of the contract term. Partial amount due from NGG #1 | (17,253.06) |
| Mervyns outstanding billed and unbilled revenue due through the end of the contract term. Partial amount due from NGG #2 & #3 | (9,438.17) (4) |
| Mervyns outstanding billed and unbilled revenue due through the end of the contract term. Estimated for March and April | (15,561.83) (2) |
| Vendors Paid by ServiceEverywhere that are listed on NGG Aging for cost reimbursement - 3/15/08 | (22,118.33) |
| Vendors Paid by ServiceEverywhere that are listed on NGG Aging for cost reimbursement - 3/21/08 | (41,939.98) |
| Vendors Paid by ServiceEverywhere that are listed on NGG Aging for cost reimbursement - 3/21/08 | (8,523.96) |
| Alltime and Arrowhead past due invoices for demand payment 4/1/08 | (41,845.83) |
| Alltime and Arrowhead past due invoices for demand payment 4/1/08 (Paid by NGG) | 3,652.19 |
| All other NGG Service Works Unpaid Invoices Sent to SE as of 4-14-08 | (311,991.54) |
| **Amounts Previously Wired to Duffy and Sweeney IOLTA:** | |
| March 14, 2008 | (285,188.53) |
| March18/19, 2008 | (198,865.96) |
| March 25, 2008 | (125,948.96) |
| April 2, 2008 | (25,933.06) |
| **Net Amount to be returned from Duffy and Sweeney IOLTA - April 14, 2008** | **($86,356.03)** |

Note - Monday is the cut off for each week Payments are matched up with invoices, profit share calculated, amounts paid to vendors for invoices listed on NGG's current aging will be deducted from proceeds.

(1) - $11,082.89 received from ATA without a remittance advice, after four requests remittance advice has not been received as of the cut-off date of this report.

(2) This amount will be adjusted when SE receives NG&G updated Mervyns collection reports with affidavits through March 31, 2008.

(3) This report is revised to correct the BB&T amount collected from $12,375.60 to $1,972.34. This change does not impact the NG&G amounts previously reported only the total amounts collected.

serviceeverywhere

**Settlement Summary as of 7/28/08**

| **Aging Reconciliation*** | |
|---|---|
| Aging Submitted by NGG | $ 2,094,385 |
| Amount Corresponding to Work Originated after 2/27/08 | $ (43,057) |
| Total Amount Shared with NGG to be reconciled | **$ 2,051,328** |
| Variances between NGG Amount & Collected Amount (1) | $ 13,425 |
| Final Amount to be Reconciled | **$ 2,037,903** |

| **Variance Reconciliation** | NGG Reported | SE Collected | Variance |
|---|---|---|---|
| **Invoices Collected through 5/12/08** | $ 1,508,815 | $ 1,498,564 | $ 10,251 |
| **Invoices Collected from 5/13/08 through 6/27/08** | $ 88,345 | $ 85,300 | $ 3,045 |
| **Invoices Collected from 6/28/08 through 7/19/08** | $ 6,552 | $ 6,423 | $ 129 |
| **Uncollected Invoices (2)** | $ 447,616 | $ 447,616 | $ - |
| **Total** | $ 2,051,328 | $ 2,037,903 | $ 13,425 |

| **Collections/Receivables Reconciliation** | Collections/ Receivables | Vendor Costs | Taxes | Total Profit* | SE Vendor Payments | NGG Vendor Payments | Due to Vendors | Vendor Payments 6/28/08 - 7/18/08 | Vendor Payments 7/19/08 - 7/25/08 |
|---|---|---|---|---|---|---|---|---|---|
| Invoices Collected through 5/12/08 | $ 1,498,564 | $ 1,113,940 | | $ 384,624 | $ 258,982 | $ 602,356 | $ 213,268 | $ 27,055 | $ 12,279 |
| Invoices Collected from 5/13/08 through 6/27/08 | $ 85,300 | $ 71,309 | $ 3,772 | $ 10,219 | $ 26,717 | $ 9,820 | $ 30,058 | $ 3,626 | $ 1,088 |
| Uncollected Invoices (Receivables) | $ 454,039 | $ 344,608 | $ 16,667 | $ 92,764 | $ 40,462 | $ 192,556 | $ 103,063 | $ 7,986 | $ 541 |
| | $ 2,037,903 | $ 1,529,857 | $ 20,439 | $ 508,046 | $ 326,161 | $ 804,732 | $ 346,389 | **$ 38,667** | **$ 13,908** |

| | | | | |
|---|---|---|---|---|
| Uncollected Invoices (Receivables) as of 6/27/08 | $ 454,039 | $ 344,608 | $ 16,667 | $ 92,764 |
| Invoices Collected from 6/28/08 through 7/18/08 | $ 6,423 | $ 4,550 | $ 205 | $ 1,669 |
| Invoices Collected from 6/28/08 through 7/18/08 | $ 1,914 | $ 539 | $ 62 | $ 1,313 |
| Uncollected Invoices (Receivables) as of 7/19/08 | $ 445,702 | $ 339,519 | $ 16,400 | $ 89,783 |

| **Receivables Vendor Costs/Payments** | Total Vendor Costs | Payments | Amount Outstanding |
|---|---|---|---|
| Total Vendor Costs on Receivables | $ 344,608 | $ (241,545) | $ 103,063 |
| Total Due from SE | $ 175,750 | $ (48,989) | $ 126,761 |
| Total Due from NGG | $ 168,858 | $ (192,556) | $ (23,698) |

serviceeverywhere

## Settlement Summary as of 7/28/08

| | | |
|---|---|---|
| **NGG Profit** | | |
| NGG Profit from 5/12/08 Collections* | $ | 188,466 |
| NGG Profit from 5/13/08 - 6/27/08 Collections | $ | 5,007 |
| NGG Profit from 6/28/08 - 7/18/08 Collections | $ | 818 |
| NGG Profit from 7/19/08 - 7/25/08 Collections | $ | 643 |
| NGG Profit from Uncollected Invoices (3) | $ | 43,994 |
| **Total NGG Profit** | **$** | **238,927** |
| | | |
| **SE Profit** | | |
| SE Profit from 5/12/08 Collections* | $ | 196,158 |
| SE Profit from 5/13/08 - 6/27/08 Collections | $ | 5,212 |
| SE Profit from 6/28/08 - 7/18/08 Collections | $ | 851 |
| NGG Profit from 7/19/08 - 7/25/08 Collections | $ | 643 |
| SE Profit from Uncollected Invoices (4) | $ | 45,789 |
| **Total SE Profit** | **$** | **248,653** |

| | | | |
|---|---|---|---|
| **<u>Due to NGG</u>** | | | |
| Reimbursement for Vendor Payments on Collections | $ | 612,176 | |
| Reimbursement for Vendor Payments on Receivables | $ | 23,698 | ($344,608*.49)-$192,566 |
| Profit on Collections | $ | 194,934 | |
| Profit on Receivables (5) | $ | 43,994 | |
| Total Due to NGG | $ | 874,801 | |
| | | | |
| **Due to NGG from Collections** | **$** | **807,110** | |
| **Escrow Amount** | **$** | **(732,697)** | |
| **Escrow Shortfall** | **$** | **74,413** | |
| Reimbursement for Lincoln Door | $ | 3,796 | |
| **Total due to NGG** | **$** | **78,209** | |

serviceeverywhere

**Settlement Summary as of 7/28/08**

| **Amounts/Timing based on Consent Order** | | | |
|---|---|---|---|
| Additional NGG Payments from Escrow Shortfall | $ | 78,209 | Due by 7/31/08 |
| Vendor Payments from Collections | $ | 243,326 | Due by 7/31/08 |
| Vendor Payments from Receivables | $ | 103,063 | Due when collected |
| Reimb. to NGG for Vendor Payments-Receivables | $ | 23,698 | Due when collected |
| NGG Profit on Receivables (5) | $ | 43,994 | Due when collected |
| Cost-no-sale (Upon verificaion) | $ | 57,479 | Due 30 days after receipt/verification |
| Mervyn's due to SE | $ | (30,387) | Due by 7/31/08 |
| Sales Taxes Over payment (Upon verification) | $ | (44,737) | Due by 7/31/08 |
| **Total SE Liability** | **$** | **474,645** | |

| | | | |
|---|---|---|---|
| **Due to NGG** | **$** | **78,209** | |
| **Due to SE (Mervyn's)** | **$** | **(30,387)** | |
| **Balance Due to NGG** | **$** | **47,822** | Due by 7/31/08 |
| **Due to SE (Dushkin Trust Account)** | **$** | **(44,737)** | Due by 7/31/08 |
| **Due to Vendors** | **$** | **243,326** | |
| | | | |
| **Total Due by 7/31/08** | **$** | **291,147** | |

**Other Issues**

| **(a) Duplicate Payments - These amounts have not been credit to NGG** | | |
|---|---|---|
| Invoices Collected through 5/12/08 | $ | 13,929 |
| Invoices Collected from 5/13/08 through 6/27/08 | $ | 8,638 |
| Uncollected Invoices | $ | 133 |
| Total | $ | 22,700 |

**(b) How are the sales taxes allocated on collected invoices**

(1) Amount on NGG Aging different than amount collected from Client
(2) (3) (4) (5) Amount could change once collections received
* Profit for the 5/12/08 Collections includes taxes (needs to be segregated)