# EXHIBIT B

serviceeverywhere

# Master Spreadsheet Summary as of 6/27/08

| | Prior Collected ($1,498,564.25) | | | Total |
|---|---|---|---|---|
| | Vendor Payments | Profit | | |
| NGG | $ 602,768.30 | $ 188,465.77 | | $ 791,234.07 |
| NGG Duplicate | | | $ 13,517.15 | |
| SE | $ 258,569.93 | $ 196,158.25 | | $ 454,728.18 |
| SE Duplicate | | | $ 412.19 | |
| Unpaid | $ 252,602.00 | | | $ 252,602.00 |
| | **$ 1,113,940.23** | **$ 384,624.02** | | **$ 1,498,564.25** |

| | Aging ($454,168.31) | | | Total |
|---|---|---|---|---|
| | Vendor Payments | Profit | | |
| NGG | $ 192,555.64 | $ 45,517.57 | | $ 238,073.21 |
| NGG Duplicate | | | $ 8,752.34 | |
| Customer Sales Tax | $ 16,667.19 | | | $ 16,667.19 |
| SE | $ 40,462.04 | $ 47,375.43 | | $ 87,837.47 |
| SE Duplicate | | | | |
| Unpaid | $ 111,590.44 | | | $ 111,590.44 |
| | **$ 361,275.31** | **$ 92,893.00** | | **$ 454,168.31** |

| | Collections ($85,299.71) | | | Total |
|---|---|---|---|---|
| | Vendor Payments | Profit | | |
| NGG | $ 9,819.82 | $ 5,007.55 | | $ 14,827.37 |
| NGG Duplicate | | | $ 132.86 | |
| Customer Sales Tax | $ 3,771.52 | | | $ 3,771.52 |
| SE | $ 26,717.39 | $ 5,211.94 | | $ 31,929.33 |
| SE Duplicate | | | | |
| Unpaid | $ 34,771.49 | | | $ 34,771.49 |
| | **$ 75,080.22** | **$ 10,219.49** | | **$ 85,299.71** |