UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| NATIONAL GLASS & GATE SERVICE, INC. d/b/a NG&G FACILITY SERVICES INTERNATIONAL, INC.<br><br>Plaintiff<br><br>v.<br><br>SERVICE EVERYWHERE, L.L.C.<br>Defendant | C.A. NO: 08-186 |

## ORDER

The Motion of Plaintiff National Glass & Gate Service, Inc., d/b/a NG&G Facility Services International, Inc. ("NG&G") to Adjudge Defendant Service Everywhere, L.L.C., ("Service Everywhere") in Contempt came on for hearing before the Honorable Magistrate Judge Lincoln D. Almond on September 21, 2009. After hearing thereon and consideration thereof, it is hereby:

**ORDERED AND DECREED THAT:**

1. Service Everywhere shall provide to NG&G weekly reports of its collections as required by the July 31, 2008 Consent Order;

2. Within twenty (20) days of the entry of this Order, Service Everywhere shall produce documents in its possession, custody or control, including documents that it can receive from its Lender, Unity Bank ("Lender"), which evidence the commercial loan secured by Service Everywhere's receivables, the circumstances of the Lender's declaration of default under such loan, the granting of the security interest in the receivables to the Lender, the Lender's exercise

of its security interest in the receivables, the collection efforts and results of the receivables since April 22, 2009, and the disposition of any such proceeds; and

    3.    Service Everywhere is ordered to reimburse NG&G for the reasonable costs and fees by its counsel associated with bringing this Motion.

Entered as an Order of this Court this ___ day of October 2009.

| ORDER: | ENTER: |
|---|---|
| _/s/ Wsomm_ | _10/9/09_ |
| Smith, J. | |

NATIONAL GLASS (NG&G)\Service Everywhere\Litigation\Pleadings\USDC 08-186\Proposed Order Contempt 10-07-09